**CONSTANTINE MARANTIDIS, CA Bar No. 173318**
cmarantidis@lewisroca.com
**G. WARREN BLEEKER, CA Bar No. 210834**
wbleeker@lewisroca.com
**KYLE W. KELLAR, CA Bar No. 294253**
kkellar@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
**655 N. Central Avenue, Suite 2300**
**Glendale, CA 91203-1445**
**Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**

Attorneys for Plaintiff
MEISSNER FILTRATION PRODUCTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEISSNER FILTRATION PRODUCTS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SANI-TECH WEST, INC. d/b/a SANISURE,<br><br>Defendant. | Case No. 2:22-cv-01194-JAK (Ex)<br><br>**STIPULATION AND REQUEST TO RESET INITIAL AND REBUTTAL EXPERT DISCLOSURES REGARDING UNFAIR COMPETITION CLAIMS**<br><br>Hon. John A. Kronstadt |

119132328.2

## FACTUAL RECITATIONS

WHEREAS, the deadline stated in the Court's June 3, 2022 (In Chambers) Order Setting Pretrial Deadlines (Dkt. 27) ("Scheduling Order") states that Patentee's Deadline to Serve Final Infringement Contentions, Expert Reports on issues Where Patentee has Burden of Proof, All Parties Serve Advice of Counsel Disclosures is November 7, 2022; and

WHEREAS, the Scheduling Order states that the Accused Infringer's Deadline to Serve Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert is December 5, 2022; and

WHEREAS, on October 3, 2022, the Court issued an Order staying this case as to the patent claims, which Plaintiff/Patentee Meissner Filtration Products, Inc. ("Meissner") and Defendant/Accused Infringer Sani-Tech West, Inc. d/b/a SaniSure ("SaniSure") (collectively the "Parties") understand stays all existing deadlines related to the patent claims and defenses; and

WHEREAS, the Parties understand that the stay as to patent claims does not stay the portion of the case related to Meissner's unfair competition claims; and

WHEREAS, Meissner intends to rely on expert testimony regarding its asserted unfair competition damages; and

WHEREAS, Meissner understands that the November 7, 2022 expert disclosure deadline is still operative as to any expert testimony regarding its unfair competition claims; and

WHEREAS, the parties have not yet completed fact discovery regarding the issue of unfair competition.

## STIPULATION AND REQUEST

Based on the above factual recitations, and for good cause showing, Meissner and SaniSure stipulate and request that the Court partially modify the Scheduling Order as follows:

119132328.2

(1) The due date for Meissner's initial expert disclosures, where Meissner has the burden of proof, as to the unfair competition claims only, shall be reset from November 7, 2022 to January 23, 2023; and

(2) The due date for SaniSure's rebuttal expert disclosures in response to any expert disclosures served by Meissner regarding its unfair competition claims, shall be reset from December 5, 2022 to February 27, 2023.

IT IS SO STIPULATED AND REQUESTED.

AGREED TO BY:

Dated: October 17, 2022        LEWIS ROCA ROTHGERBER CHRISTIE LLP

By  /s/G. Warren Bleeker
Constantine Marantidis
G. Warren Bleeker
Kyle W. Kellar

Attorneys for Plaintiff
MEISSNER FILTRATION PRODUCTS, INC.

Under Local Rule 5-4.3.4, G. Warren Bleeker attests that the following signatory authorized this filing.

Dated: October 17, 2022        SOCAL IP LAW GROUP LLP

By  /s/Michael Harris
Steven C. Sereboff
Michael Harris
Jonathan Pearce

Attorneys for Defendant
Sani-Tech West, Inc. d/b/a/ SaniSure

119132328.2